United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 97-1450 September Term, 1998

Southern California Edison Company,
 Petitioner
 
v.

Federal Energy Regulatory Commission,
 Respondent
 
Public Utilities Commission of the State of California, et al.,
 Intervenors
 

 On Petition for Review of Orders of the
 Federal Energy Regulatory Commission
 
 
 

 Before: Edwards, Chief Judge, Williams and Ginsburg, Circuit Judges.

 O R D E R

 It is ORDERED by the Court that the opinion of December 11, 1998 be amended as
 follows:

 Page 5, second line from the bottom, change "can point" to "points".

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Deputy Clerk